ADAM WANG (BAR NO. 201233)
ADAM PEDERSEN (BAR NO. 261901)
12 South First Street, Suite 708
SAN JOSE, CA 95113
Tel:  (408) 421-3403
Fax:  (408) 351-0261

Attorney for Plaintiffs


H. Gregory Scharff SB 125206
THE SCHARFF LAW GROUP
2211 Park Blvd.
Palo Alto Ca  94306
(650) 325-7200
(650) 325-7290 (Fax)

Attorney for Defendants

*E-FILED - 7/30/09*

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANTIAGO, et. al.,**<br><br>        Plaintiffs,<br><br>    vs.<br><br>**CAPAZ FRAMING et. al. ,**<br><br>        Defendants | Case No.: **C09-CV-00480-RMW**<br><br>STIPULATION AND MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [] ORDER |

    Plaintiffs, and Defendant REGIS HOMES OF NORTHERN CALIFORNIA INC. ("REGIS HOMES"), through their counsel, hereby stipulate as follows and move for a continuance of the Case Management Conference scheduled for July 31, 2009 in this matter:

    1.    Plaintiffs filed the Complaint on November 20, 2008 and the Case Management Conference was set for July 24, 2009.  The Court Clerk unilaterally reset the Case

1                                      **C09-00480 RMW**

REQUEST FOR CONTINUANCE

Management Conference for July 31, 2009. Counsel for Defendant Regis Homes of Northern California, H. GREGORY SCHARFF is unavailable that date as he and his family are out of the country on a family vacation from July 30, 2009 through August 7, 2009 for which tickets and hotel rooms have already been purchased.

2. The initial complaint was filed as a wage and hour action for failure to pay regular and overtime wages against Defendants CAPAZ FRAMING LLC and ANTHONY CAMERON for work Plaintiff alleges was done at Gables End Mountain View, 1925 Cambridge Drive, Mountain View Ca 94043.

3. Shortly thereafter, Plaintiffs recorded, individually, documents asserting a Mechanic's Lien in the property at Gables End Mountain View, 1925 Cambridge Drive, Mountain View Ca 94043 allegedly owned by REGIS HOMES resulting from the alleged non-payment of wages by Defendants CAPAZ FRAMING LLC and ANTHONY CAMERON.

4. Plaintiffs then amended their complaint to include a lien foreclosure action against Defendant REGIS HOMES.

5. Plaintiffs served the First Amended Complaint upon REGIS HOMES, and REGIS HOMES has now made a response to Plaintiffs complaint.

6. Despites extensive efforts to do so, Plaintiffs have remained unable to locate and make service upon Defendants CAPAZ FRAMING LLC and/or ANTHONY CAMERON.

7. The Parties agree that it is essential to the full resolution of this matter to bring in Defendants CAPAZ FRAMING LLC and ANTHONY CAMERON.

8. Plaintiffs have made efforts to locate these individuals without success.

9. Given the Parties common interest in having Plaintiffs locate and serve these Parties, and Mr. Scharff's unavailability for the rescheduled Case Management

Conference, the parties hereby stipulate to a continuance of the initial Case Management Conference scheduled for **7/31/2009** until **9/25/2009** for Plaintiff to find, serve, and proceed forward against Defendants CAPAZ FRAMING LLC and ANTHONY CAMERON and so that Mr. SCHARFF can attend.

Respectfully submitted:

Dated: 7/23/2009      By:   /s/ Adam Pedersen_____
                            ADAM PEDERSEN
                            Attorney for Plaintiffs

Dated: 7/23/2009      By:   /s/ H. Gregory Scharff_____
                            H. GREGORY SCHARFF
                            Attorney for Defendant
                            Regis Homes of Northern California, Inc.

[] ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled on July 31, 2009 be continued to September 25, 2009.

IT IS SO ORDERED.

Dated:   _7/30/09_____                    _Ronald M. Whyte_____
                                          Honorable R. M. Whyte
                                          United States Judge

REQUEST FOR CONTINUANCE                            1                    C09-00480 RMW