```
 1  ADAM WANG (BAR NO. 201233)
    ADAM PEDERSEN (BAR NO. 261901)
 2  12 South First Street, Suite 708
    SAN JOSE, CA 95113
 3  Tel: (408) 421-3403
    Fax: (408) 351-0261
 4
    Attorney for Plaintiffs
 5

 6  H. GREGORY SCHARFF (BAR NO. 125206)
    THE SCHARFF LAW GROUP
 7  2211 Park Blvd
    Palo Alto, CA  94306                        *E-FILED - 3/4/10*
 8  Tel: (650) 325-7200
    Fax: (650) 325-7290
 9
10  Attorney for Defendants
```

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANTIAGO, et. al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CAPAZ FRAMING et. al. ,**<br><br>Defendants | Case No.: **C09-CV-00480-RMW**<br><br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [] ORDER |

    Plaintiffs, and Defendant REGIS HOMES, through their counsel, hereby stipulate as follows:

    1.    Parties participated in a CMC on January 8, 2010.

    2.    At the above CMC parties agreed that Plaintiffs would provide to Defendants a series of declarations regarding their intent to continue with the foreclosure action against Defendant REGIS, as necessitated because of a conflicting action being brought in the California Superior Court by the California Labor Commissioner.

1    **C09-00480 RMW**

REQUEST FOR CONTINUANCE

3. Parties also agreed to move forward with the ADR process, selecting ENE as their preferred ADR option.

4. Parties have since conferred with evaluator Tom Gosselin and have set as a date for evaluation March 19, 2009.

5. This matter is currently set for a Case Management Conference on March 5, 2010.

6. Parties are in agreement that the March 5, 2010 Case Management Conference should be continued until after parties complete their scheduled ENE session on March 19, 2010.

7. Therefore, Parties stipulate to a continuance of the March 5, 2010 conference to March 26, 2010.

Respectfully submitted:

Dated: 3/3/2010     By:    /s/ Adam Pedersen
ADAM PEDERSEN
Attorney for Plaintiffs

Dated: 3/3/2010     By:    /s/ H. Gregory Scharff
H. Gregory Scharff
Attorney for Defendants

_____

[] ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled on March 3, 2010 be continued to March 26, 2010.

IT IS SO ORDERED.

Dated: 3/4/10

*Ronald M. Whyte*
Honorable R. M. Whyte
United States Judge