ADAM WANG (BAR NO. 201233)
ADAM PEDERSEN (BAR NO. 261901)
12 South First Street, Suite 708
SAN JOSE, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiffs


H. GREGORY SCHARFF (BAR NO. 125206)
THE SCHARFF LAW GROUP
2211 Park Blvd
Palo Alto, CA 94306
Tel: (650) 325-7200
Fax: (650) 325-7290

Attorney for Defendants

*E-FILED - 3/25/10*

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANTIAGO, et. al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CAPAZ FRAMING et. al. ,**<br><br>Defendants | Case No.: **C09-CV-00480-RMW**<br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [] ORDER |

Plaintiffs, and Defendant REGIS HOMES, through their counsel, hereby stipulate as follows:

1. Parties participated in a CMC on January 8, 2010.

2. Parties agreed to move forward with the ADR process, selecting ENE as their preferred ADR option.

3. Parties have had an initial ENE session with evaluator Tom Gosselin who has retained jurisdiction to help the parties resolve this matter.

4. While not reaching an agreement at the session, the parties feel they are very close to doing so. intend to do some discovery.

5. Therefore, the parties have agreed to continue efforts to come to a final agreement in the very near future, to make their initial disclosures, and to continue working with Mr. Gosselin to resolve this matter.

6. Currently, this matter is currently set for a Case Management Conference on March 26, 2010.

7. However, in light of parties mutual desire to reach an agreement, and light of their continued efforts to do so, Parties are in agreement that the March 26, 2010 Case Management Conference should be briefly continued to allow parties to complete current settlement talks.

8. Therefore, Parties stipulate to a continuance of the March 26, 2010 conference to April 23, 2010.

Respectfully submitted:

Dated: 3/23/2010 By: /s/ Adam Pedersen
ADAM PEDERSEN
Attorney for Plaintiffs

Dated: 3/23/2010 By: /s/ H. Gregory Scharff
H. Gregory Scharff
Attorney for Defendants

|  |  |
|---|---|
|  | [] ORDER |

Pursuant to party's stipulation, IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled on March 26, 2010 be continued to April 23, 2010.

IT IS SO ORDERED.

Dated: 3/25/10

*Ronald M. Whyte*
Honorable R. M. Whyte
United States Judge