```
ADAM WANG (BAR NO. 201233)
ADAM PEDERSEN (BAR NO. 261901)
12 South First Street, Suite 708
SAN JOSE, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiffs
```

*E-FILED - 10/28/10*

```
H. GREGORY SCHARFF (BAR NO. 125206)
THE SCHARFF LAW GROUP
2211 Park Blvd
Palo Alto, CA  94306
Tel: (650) 325-7200
Fax: (650) 325-7290

Attorney for Defendant
Regis Homes of Northern California, Inc.
```

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANTIAGO, et. al.,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**CAPAZ FRAMING et. al. ,**<br><br>    Defendants | Case No.: **C09-CV-00480-RMW**<br><br>STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS CURRENTLY SCHEDULED FOR OCTOBER 29, 2010 AND ORDER |

    Plaintiffs, and Defendant REGIS HOMES OF NORTHERN CALIFORNIA, INC (Regis Homes") through their counsel, hereby stipulate as follows:

    1.    The hearing on Defendant Regis Homes' Motion to Dismiss currently set for Friday October 29th shall be vacated and rescheduled to November 5, 2010 or to another date convenient to the court and the parties.

2. The rescheduling of the hearing date shall not allow either party to file any additional papers without leave of court.

3. The reason for the rescheduling is that Defendant Regis Homes Counsel, H. Gregory Scharff, has a hearing in a construction defect case with multiple parties and a case management conference to follow scheduled for the same time. The Court on its own motion rescheduled the hearing date in the other case and Counsel for Defendant did not realize that these two hearing were scheduled at the exact same time.

Respectfully submitted:

Dated: 10/26/2010    By:    /s/ Adam Perdersen
                            ADAM PEDERSEN
                            Attorney for Plaintiffs

Dated: 10/26/2010    By:    /s/ H. Gregory Scharff
                            H. Gregory Scharff
                            Attorney for Defendant
                            Regis Homes of Northern California

---

[ ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that the hearing on Defendant Regis Homes Motion to Dismiss is vacated and rescheduled to November 5, 2010

IT IS SO ORDERED.

Dated: 10/28/10

*Ronald M. Whyte*
Honorable R. M. Whyte
United States Judge