**E-FILED on** 11/5/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTIAGO, et. al., <br><br>  Plaintiffs, <br><br> v. <br><br> CAPAZ FRAMING LLC, et. al., <br><br>  Defendants. | No. C-09-00480 RMW <br><br> ORDER GRANTING MOTION TO DISMISS <br><br> **[Re Docket No. 35]** |

The court tentatively ruled that the state law claims should be severed and dismissed without prejudice to plaintiffs asserting them in state court. The parties accepted the tentative at the November 5, 2010 hearing. Accordingly, it is so ordered.

DATED:    11/5/2010

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO DISMISS    —No. C-09-00480 RMW
JLR